# United States Court of Appeals
## For the First Circuit

No. 23-1463

ADRIANNA WADSWORTH,

Plaintiff, Appellant,

v.

CHUCK NGUYEN, MSAD 40/RSU 40, and ANDREW CAVANAUGH,

Defendants, Appellees,

MEDOMAK VALLEY HIGH SCHOOL,

Defendant.

**ERRATA SHEET**

The opinion of this Court issued on February 19, 2025, is amended as follows:

On the cover page, lines 30-31, replace "John J. Wall, III, with whom Monaghan Leahy, LLP, was on brief, for appellant." with "John J. Wall, III, with whom Monaghan Leahy, LLP, Rachel D. Okun, and Okun Law, PLLC, was on brief, for appellant.